[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 14 2000
THOMAS K. KAHN
CLERK

_____

No. 00-11508

_____

D. C. Docket No. 99-00337-CR-ASG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LESTER JAVIER GUADAMUZ-SOLIS,
a.k.a. Lester Javier Guadamuz-Solio,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

**(November 14, 2000)**

Before BARKETT and WILSON, Circuit Judges, and GEORGE, District Judge.[*]

PER CURIAM:

_____

[*] Honorable Lloyd D. George, U.S. District Judge for the District of Nevada, sitting by designation.

Lester Javier Guadamuz-Solis ("Solis") appeals his sentence of 96 months' imprisonment and 3 years' supervised release for a conviction for illegal reentry under 8 U.S.C. §1326(a), (b)(2).  He argues that <u>Apprendi v. New Jersey</u>, 120 S.Ct. 2348 (2000)  has called into question the decision in <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998), which controls this case.  <u>Almendarez-Torres</u> remains the law until the Supreme Court determines that <u>Almendarez-Torres</u> is not controlling precedent.  Accordingly, we

AFFIRM.